No. 1164. HILLTOP REALTY, INC., ET AL. *v.* SEATTLE FIRST NATIONAL BANK, EXECUTOR, ET AL. C. A. 9th Cir. Certiorari denied. *Herbert S. Little* for petitioners. *Richard S. White* for Seattle-First National Bank et al., and *James R. Stewart* for Austin Co., respondents.

No. 1168. COTE *v.* NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied. *John W. King* for petitioner. *George S. Pappagianis,* Attorney General of New Hampshire, and *Norman E. D'Amours,* Assistant Attorney General, for respondent.

No. 1169. KIRKLAND ET AL. *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied. *Moses Krislov, Harold E. Brown* and *P. D. Maktos* for petitioners. *George F. McCanless,* Attorney General of Tennessee, and *George W. McHenry, Jr.,* Assistant Attorney General, for respondent.

No. 1179. LEIGHTON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Gilbert S. Rosenthal* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 1180. HUNTINGTON TRUST & SAVINGS BANK *v.* H. B. AGSTEN & SONS, INC., ET AL. C. A. 4th Cir. Certiorari denied. *David M. Baker* for petitioner. *Howard R. Klostermeyer* and *William B. Maxwell III* for H. B. Agsten & Sons, Inc., et al., and *Solicitor General Griswold, Assistant Attorney General Weisl, John C. Eldridge* and *Robert C. McDiarmid* for Small Business Administrator et al., respondents.